CREDIT-BASED ASSET SERVICING AND SECURITIZATION, LLC, Respondent, v MARIE LOUISE CHAUDRY, Appellant, et al., Defendants.

Submitted October 23, 2006; decided December 19, 2006

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602).